# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCH FARMS, LP,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICA BERRY FARMS, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-01122-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 23 |

The parties report that this case has settled. ECF 23. All previously-scheduled deadlines and appearances are vacated.

By **July 16, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **July 23, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **July 16, 2020**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: June 1, 2020

SUSAN VAN KEULEN
United States Magistrate Judge